1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AL CABRINI, an individual,<br><br>                                      *Plaintiff,*<br><br>v.<br><br>CASPAR CHOU, an individual, and DOES 1-20,<br><br>                                      *Defendants*. | Case No. 2:20-cv-04518-SVW-AFM<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Courtroom 10A<br>Judge: Hon. Stephen V. Wilson |

The Court, having reviewed the Parties' Stipulation to Entry of an Order Dismissing Action with Prejudice following the Parties' settlement of their dispute, hereby ORDERS that this action be and hereby is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  May 27, 2022

*[signature]*

———————————————
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE